

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00441-CR

_____

GABRIEL OSSY ISAAC, Appellant

V.

THE STATE OF TEXAS

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CA-2014-00004-CCA

Before Sudderth, C.J.; Meier and Gabriel, JJ.
Memorandum Opinion by Chief Justice Sudderth

# MEMORANDUM OPINION

Pro se Appellant Gabriel Ossy Isaac attempts to appeal the trial court's July 23, 2018 "Order of Remand and Imposition of Sentence in Support of the Court's Mandate" and September 20, 2018 "Order of Dismissal for Want of Jurisdiction and Judgment."

On October 24, 2018, we informed Isaac of our concern that we lacked jurisdiction over the appeal because neither order appeared to be appealable and because the trial court clerk had informed this court that there was no written order of dismissal in the record. We informed Isaac that unless he or any party desiring to continue the appeal filed with the court on or before November 5, 2018, a response showing grounds for continuing the appeal, the appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 43.2(f), 44.3. On November 6, 2018, Isaac filed a motion to extend time to file his response, asking to have until November 16, 2018, to file his response, and we granted his motion. Isaac subsequently filed a response, but it does not show grounds for continuing the appeal. Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

/s/ Bonnie Sudderth

Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: December 27, 2018

2